UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:23-CR-00005-D-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| GEORGE LEWIS HARRIS | |

On motion of the Defendant, George Lewis Harris, and for good cause shown, it is hereby ORDERED that **DE 38** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **30** day of October, 2023.

*/s/ Dever*
JAMES C. DEVER III
United States District Judge