UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:23-CR-00005-D-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGE LEWIS HARRIS | ORDER |

This matter is before the Court on the defendant's unopposed motion to continue the sentencing hearing until the February 2024 term of court.

For good cause shown, it is hereby ORDERED that the sentencing in this matter is continued to the Court's _February_ 2024 term.

This Court finds the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

SO ORDERED, this __30__ day of October 2023.

James C. Dever III
United States District Judge